**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-7785**

———————————

EMMANUEL NNOLI,

Plaintiff - Appellant,

versus

STATE OF MARYLAND; WILLIAM C. MILLER, Honor-
able Judge; PAUL H. WEINSTEIN, Honorable
Judge; JAMES TRIMM, Master; RAYMOND M. KIGHT,
Sheriff; ANDREW L. SONNER, Esquire; JOHN P.
GALLEY, Warden, Montgomery County Detention
Center; ALAN DAVID MEISELMAM, Esquire, and his
law firm, Alan Meiselmam, Incorporated; ALAN
J. NUTA, Esquire, and his law firm, Lan J.
Nuta, Incorporated; RICHARD S. MCKERNON,
Esquire, or his estate; NNENNAYA NNOLI,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Peter J. Messitte, District Judge. (CA-
95-2750-PJM)

———————————

Submitted: January 23, 1997          Decided: February 5, 1997

———————————

Before RUSSELL, WILKINS, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Emmanuel Nnoli, Appellant Pro Se. Susan Penny Whiteford, Assistant Attorney General, Baltimore Maryland; Linda B. Thall, Senior Assistant County Attorney, David Eugene Stevenson, COUNTY ATTORNEY'S OFFICE, Rockville, Maryland; Robert William Hesselbacher, Jr., SEMMES, BOWEN & SEMMES, Baltimore, Maryland; Alvin Ira Frederick, ECCLESTON & WOLF, Baltimore, Maryland; Charles Stephen Rand, MCKERNON & RAND, Rockville, Maryland; Patrick J. Hoover, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Nnoli v. Maryland, No. CA-95-2750-PJM (D. Md. Oct. 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED